USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
:
DREAMGRO ENTERPRISES, LLC,                                                :
:
                              Plaintiff,      :    1:25-cv-1085-GHW
:
                 -against-                                           :    <u>ORDER</u>
:
OCEAN STATE JOBBERS, INC., *et al.*,                                       :
:
                            Defendants.     :
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      As discussed on the record during the conference held April 17, 2025, Plaintiff did not obtain Defendants' consent or leave of the Court to file the Second Amended Complaint located at Dkt. No. 21. Accordingly, the Second Amended Complaint is ineffective because it was improperly filed. *See* Fed. R. Civ. P. 12(f); Fed. R. Civ. P. 15(a)(2). The First Amended Complaint located at Dkt. No. 16 remains the operative pleading in this case.

      SO ORDERED.

Dated: April 18, 2025  
New York, New York

                                                         GREGORY H. WOODS  
                                                      United States District Judge